THIRD DEPARTMENT, DECEMBER, 1975

(December 18, 1975)*

■ In the Matter of HERBERT R. HELMS et al., Petitioner, v OGDEN R. REID, as Commissioner of Environmental Conservation et al., Respondents.— Motion granted only insofar as it seeks consent to institute suit to restrain a violation of section 1 of article XIV of the New York State Constitution, and in all other respects denied. Motion by Adirondack Council for permission to intervene on this motion denied as unnecessary, without costs. Concur— Sweeney, J. P., Kane, Koreman, Larkin and Reynolds, JJ.

FIRST DEPARTMENT, MARCH, 1976

(March 1, 1976)

■ BISCAYNE SHERWOOD CORPORATION et al., Appellants, v NORMAN K. WINSTON et al., Respondents, et al., Defendants.—Orders, Supreme Court, New York County, entered on or about November 10 and December 10, 1975, unanimously affirmed for the reasons stated by Helman, J., at Special Term; that any stay affecting the sale is vacated; and that the respondents recover of the appellants one bill of $40 costs and disbursements of this appeal. Concur—Markewich, J. P., Kupferman, Lupiano, Birns and Capozzoli, JJ.

■ CAROLINE WACHTEL, Appellant, v RICHARD W. BAKER, JR., et al., Respondents.—Order, Supreme Court, New York County, entered on September 29, 1975, unanimously affirmed for the reasons stated by Ascione, J., in his memorandum decision at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Nunez, JJ.